Case 7:24-cv-00479   Document 5   Filed on 09/09/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GENARO MARTINEZ MALDONADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-479 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Maldonado's § 2254 cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

It is further ORDERED that the Court Clerk TRANSFER this matter to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631. After transfer, the Clerk shall CLOSE out this matter.

The Clerk shall send a copy of this Order to Petitioner.

SO ORDERED September 9, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge